Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendants Carco Group, Inc.
and Intellicorp Records, Inc.*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | (Electronically Filed) |
| Plaintiffs, | CIVIL ACTION |
| v. | Civil Action No. _____ |
| CARCO GROUP INC., INTELLICORP RECORDS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* | |
| Defendants. | |

**DECLARATION OF ANGELO A. STIO III**

I, Angelo A. Stio III declare as follows:

1. I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2. I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which

-2-

is representing Defendants Carco Group, Inc. and Intellicorp Records, Inc. (collectively the "Carco Defendants") in the above-captioned matter.

3. Attached as **Exhibit 1** is a true and accurate copy of Atlas' Daniel's Law Service Terms, which are referenced in the Notice of Motion and being filed under seal.

4. Attached as **Exhibit 2** is a true and correct screenshot of the Franklin Township Police Department webpage, listing Plaintiff Patrick Colligan as a Detective with the Franklin Township Police Department.

5. Attached as **Exhibit 3** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile identifying his current employer as the Union County Prosecutor's Office.

6. Attached as **Exhibit 4** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile, identifying his current employer as the Point Pleasant Beach Police Department.

7. Carco is a Delaware Corporation with its principal place of business is located in Holtsville, New York.

8. Intellicorp is a Delaware Corporation with its principal place of business is located in Holtsville, New York.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2024

*/s/ Angelo A. Stio, III*
Angelo A. Stio III