Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendants Carco Group, Inc.*
  *and Intellicorp Records, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | (Electronically Filed) |
| Plaintiffs, | CIVIL ACTION |
| v. | Civil Action No. 2:24-cv-4077 |
| CARCO GROUP INC., INTELLICORP RECORDS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* | State Docket No.: MRS-L-000270-24 |
| Defendants. | |

**STATEMENT OF OWNERSHIP PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendants

Carco Group, Inc. and Intellicorp Records, Inc. (the "Carco Defendants") certifies that the

Carco Defendants are not government entities, and do not have any parent corporation or any publicly held company that owns ten percent (10%) or more of their stock.

      <u>*s/Angelo A. Stio III*</u>
      Angelo A. Stio III
      Melissa A. Chuderewicz
      **TROUTMAN PEPPER HAMILTON SANDERS LLP**
      Suite 400
      301 Carnegie Center
      Princeton, NJ  08543-5276
      (609) 951.4125
      Angelo.Stio@troutman.com
      Melissa.Chuderewicz@troutman.com

      *Attorneys for Defendant Defendants Carco Group, Inc. and Intellicorp Records, Inc.*

Dated: March 22, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, the foregoing was filed electronically. Notice of this filing will be sent to the below listed attorneys of record by email.

**GENOVA BURNS LLC**
Rajiv D. Parikh (032462005)
Kathleen Barnett Einhorn (040161992)
494 Broad Street
Newark, New Jersey 07102
Tel.: (973) 533-0777
rparikh@genovaburns.com
keinhorn@genovaburns.com

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice* to be filed)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com

*s/Angelo A. Stio III*
Angelo A. Stio III

3