Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendants Carco Group Inc.*
  *and Intellicorp Records, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARCO GROUP INC., et al., <br><br> Defendants. | Civil Action No. 2:24-cv-4077-CCC-JSA <br><br> **APPLICATION FOR EXTENSION OF TIME PURSUANT TO LOCAL FEDERAL RULE 6.1** |

Application is hereby made pursuant to Local Federal Rule 6.1 for a Clerk's Order extending the time within which Defendants Carco Group Inc. ("Carco") and Intellicorp Records, Inc. ("Intellicorp") (collectively, the "Carco Defendants") may answer, move or otherwise respond to the Complaint filed by Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev and William Sullivan ("Plaintiffs"), and it is represented that:

1. Plaintiffs filed their Complaint on February 9, 2024.

2. The Carco Defendants were served with the Complaint on February 27, 2024.

3.  The Carco Defendants filed a Petition for Removal with this Court pursuant to 28 U.S.C. § 1446 on March 21, 2024 (ECF Doc. No 1).  The Petition was filed within thirty (30) days of the Carco Defendants' receipt "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b).

4.  The Carco Defendants did not answer, move or otherwise reply to the Complaint in state court.  Pursuant to Fed. R. Civ. P. 81(c)(2), the Carco Defendants' response to the Complaint is due within the longest of these periods: "(A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed."

5.  Accordingly, the Carco Defendants' response to the Complaint is due 7 days after March 21, 2024 – the longest period provided under Rule 81(c) –  or March 28, 2024, which date is determined under Fed. R. Civ. P. 6(a).  Thus, the Carco Defendants' time to answer or otherwise respond has not yet expired.

6.  No similar extensions of time to respond to this pleading has been obtained by the Carco Defendants.

7.  The Carco Defendants request, pursuant to L.Civ.R. 6.1(b), that the Clerk enter an Order extending the time in which the Carco Defendants may answer, move or otherwise respond to the Complaint by 14 days or until April 11, 2024.

-3-

By:   /s/ Angelo A. Stio III_____
     Angelo A. Stio III
     Melissa A. Chuderewicz
     **TROUTMAN PEPPER HAMILTON SANDERS LLP**
     Suite 400
     301 Carnegie Center
     Princeton, NJ 08540-6227
     (609) 951-4125
     angelo.stio@troutman.com
     melissa.chuderewicz@troutman.com

     *Attorneys for Defendants Carco Group Inc. and Intellicorp Records, Inc.*

Dated: March 27, 2024

Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendants Carco Group Inc. and*
 *Intellicorp Records, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARCO GROUP INC., et al., <br><br> Defendants. | Civil Action No. 2:24-cv-4077-CCC-JSA <br><br> **ORDER GRANTING APPLICATION FOR AN EXTENSION OF TIME PURSUANT TO L.CIV.R. 6.1** |

The Application of Defendants Carco Group, Inc. and Intellicorp Records, Inc. (collectively, the "Carco Defendants") for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiffs' Complaint is **GRANTED**. The Carco Defendants' time to answer, move or otherwise respond to the Complaint is extended by fourteen (14) days up to and including April 11, 2024.


ORDER DATED _____        WILLIAM T. WALSH, Clerk

                                                         By: _____
                                                                        Deputy Clerk