Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendants Carco Group Inc. and*
*Intellicorp Records, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| ATLAS DATA PRIVACY CORPORATION, et al., | (Electronically Filed) |
|---|---|
| Plaintiffs, | |
| v. | Civil Action No. 2:24-cv-04077-CCC-JSA |
| CARCO GROUP INC., et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

The undersigned hereby appears on behalf of Defendants Carco Group, Inc. and Intellicorp Records, Inc. in the above matter.

Respectfully,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Melissa A. Chuderewicz  _____
Melissa A. Chuderewicz
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227
(609) 951-4118
melissa.chuderewicz@troutman.com

*Attorneys for Defendants Carco Group Inc. and*
*Intellicorp Records, Inc.*

Dated:  March 27, 2024