Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227



troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

April 10, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  *Atlas Data Privacy Corp., et al v. Cargo Group Inc., et al.*
     **Civil Action No. 1:24-cv-04077-HB**

Dear Judge Bartle:

      This firm represents Defendants Carco Group, Inc. and Intellicorp Records, Inc. ("Defendants") in the above-referenced matter.  Defendants seek to have Ronald I. Raether, Esq. admitted *pro hac vice.*  Enclosed is the supporting declaration of Mr. Raether setting forth his qualifications, together with my declaration in support of their applications and the Proposed Order granting pro hac vice admission.

      The parties have consented to this application.  We therefore respectfully request the entry of the enclosed proposed order.

      Thank you for the Court's consideration of this request.

                                           Respectfully submitted,

                                           /s/ Angelo A. Stio, III
                                           Angelo A. Stio, III

cc:  Ronald I. Raether, Esq.
     Rajiv Parikh, Esq.
     Mark Mao, Esq.
     John Yanchunis, Esq.