Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540



www.troutman.com

Angelo A. Stio III
Partner
D: 609.951.4125
angelo.stio@troutman.com
Admitted in: New Jersey, New York, Pennsylvania

May 9, 2024

**BY ECF AND E-MAIL**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   DANIEL'S LAW CASES
      JOINT REQUEST TO EXTEND TIME TO SUBMIT REQUESTS FOR
      PRODUCTION OF DOCUMENTS AND RULE 30(B)(6) NOTICE

Dear Judge Bartle:

This firm represents eleven Defendants in the Daniel's Law cases assigned to Your Honor.[1] We write with the consent of Plaintiffs' counsel to jointly request that the Court extend the deadline for the parties to submit, for the Court's review, the proposed subject matter jurisdictional discovery requests related to the remand motions. The current deadline for the submission of these requests is today, May 9, 2024, at 3:00 p.m. The parties respectfully request that they be permitted

---

[1] Troutman Pepper represents Defendants in the following matters:
  *Atlas Data Privacy Corp., et al v. Acxiom LLC, et al*, (No. 1:24-cv-4107);
  *Atlas Data Privacy Corp., et al v. Atdata, LLC, et al*, (No. 1:24-cv-4447);
  *Atlas Data Privacy Corp., et al v. Carco Group Inc., Intellicorp Records, Inc., et al*, (No. 1:24-cv-4077);
  *Atlas Data Privacy Corp., et al v. Deluxe Corp., et al*, (No. 1:24-cv-4080);
  *Atlas Data Privacy Corp., et al v. DM Group, Inc., et al*, (No. 1:24-cv-4075);
  *Atlas Data Privacy Corp., et al v. Enformion, LLC, Enformion Holdco, Inc., et al*, (No. 1:24-cv-4110);
  *Atlas Data Privacy Corp., et al v. Red Violet, Inc., et al*, (No. 1:24-cv-4113);
  *Atlas Data Privacy Corp., et al v. Remine Inc., et al*, (No. 1:24-cv-4182);
  *Atlas Data Privacy Corp., et al v. RocketReach LLC, et al*, (No. 1:24-cv-4664);
  *Atlas Data Privacy Corp., et al v. CoreLogic, Inc., et al*, (No. 1:24-cv-4230); and
  *Atlas Data Privacy Corp., et al v. PropertyRadar, et al,* (No. 1:24-cv-5600).

Honorable Harvey Bartle III, U.S.D.J.
May 9, 2024
Page 2



to submit these materials no later than 5:00 p.m. tomorrow, May 10, 2024. The parties make this request because they need additional time to consider the materials and meet and confer.

We thank the Court for its consideration of this request.

Respectfully,

*s/Angelo A. Stio III*

Angelo A. Stio III

cc: Rajiv Parikh, Esq.
    Adam Shaw, Esq.
    John Yanchunis, Esq.
    Ryan McGee, Esq.
    Mark C. Mao, Esq.
    James Lee, Esq.