Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540



www.troutman.com

Angelo A. Stio III
Partner
D: 609.951.4125
angelo.stio@troutman.com
Admitted in: New Jersey, New York, Pennsylvania

July 19, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:   *Atlas Data Privacy Corporation, et al. v. Carco Group, Inc., et al.*
             Case No. 1:24-cv-04077
             Remand Motion Briefing Schedule

Dear Judge Bartle:

      We write to respectfully request a modification to the Motion for Remand Briefing Schedule set forth in paragraphs 5 through 7 of the Court's June 3, 2024 Order (Dkt. No. 36). Under the June 3, 2024 Order, the Defendants are required to file a Consolidated Brief in Opposition to the Motion for Remand on or before August 30, 2024. The Defendants request that this deadline and the other briefing deadlines related to the Motion for Remand be extended for ten (10) days.

      Defendants make this request because under the Court's July 10, 2024 Order (Dkt. No. 43), they are currently required to file their Consolidated Reply Brief in further support of the facial constitutional challenge to Daniel's Law and in response to the New Jersey Attorney General's Brief on August 30, 2024, as well. The current briefing schedules do not provide sufficient time for the Defendants to review the submissions, confer and prepare and file two consolidated briefs on the same day.

      We have conferred with Plaintiffs' counsel on this request for a ten (10) day extension to the Motion for Remand briefing schedule and they do not oppose the extension request. If the request is acceptable to the Court, Defendants respectfully request that paragraphs 5, 6 and 7 of the June 3, 2024 Order (Dkt. No. 36) be modified as follows to extend the deadlines by ten (10) days:

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
 Delia C. Donahue, Partner-in-Charge, Princeton Office

300220109v2



Honorable Harvey Bartle III, U.S.D.J.
July 19, 2024
Page 2

5. Defendants, on or before <u>September 9, 2024</u>, shall file a consolidated brief in opposition to Plaintiffs' motions to remand. Such brief shall not exceed 55 pages.

6. Any such Defendant that seeks to file an individual brief in opposition to the Motion of Plaintiffs to remand shall do so on or before <u>September 16, 2024</u>. It shall not be repetitive of the consolidated brief. The individual brief shall not exceed 25 pages.

7. Plaintiffs, on or before <u>October 10, 2024</u>, shall file any reply brief. The reply brief shall not exceed 35 pages.

We thank the Court for its consideration of this request.

Respectfully,

*[signature]*

Angelo A. Stio III

cc: Rajiv Parikh, Esq.
    Adam Shaw, Esq.
    John Yanchunis, Esq.
    Ryan McGee, Esq.
    Mark C. Mao, Esq.
    James Lee, Esq.

300220109v2