Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540

troutman.com

**Stephanie L. Jonaitis**
D 609.951.4212
stephanie.jonaitis@troutman.com

September 17, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

       Re:   *Atlas Data Privacy Corporation, et al. v. Carco Group, Inc., et al.*
            Case No. 1:24-cv-04077

Dear Judge Bartle:

This firm represents defendants Carco Group Inc. and IntelliCorp Records, Inc. ("Carco") in the above-referenced matter. We write to advise the Court that Carco joins Defendant Blackbaud, Inc.'s Supplemental Response in Opposition to Plaintiffs' Consolidated Motion to Remand, which was filed on Monday, September 16, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al v. Blackbaud, Inc.*, Civil Action No. 1:24-cv-3993 (D.E. 59-61) (the "Supplemental Opposition Brief"). For the reasons set forth in the Supplemental Opposition Brief and in Defendants' Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion for Remand (D.E. 53-55), Carco respectfully requests that the Court deny Plaintiffs' Consolidated Motion to Remand in this matter with prejudice.

Respectfully submitted,

*/s/ Stephanie L. Jonaitis*

Stephanie L. Jonaitis

cc: All Counsel of Record (via ECF)