UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 1, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**                    **DOCKET NO.:** 24-4077 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
CARCO GROUP, INC., et al.

**NATURE OF PROCEEDINGS**:  HEARING ON DEFENDANTS' CONSOLIDATED MOTION TO DISMISS

Hearing on Defendants' Consolidated Motion to Dismiss held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 1:30p.m.    Time Adjourned:  4:00p.m.    Total Time in Court: 2:30