UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**   **DOCKET NO.:** 24-4077 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
CARCO GROUP, INC., et al.

**NATURE OF PROCEEDINGS**:   HEARING ON [23] MOTION TO REMAND

Hearing on [23] Motion to Remand held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 10:16a.m.   Time Adjourned: 10:20a.m.   Total Time in Court: 0:04