

Rajiv D. Parikh, Esq.
Partner
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

November 7, 2024

Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      RE:    **Daniel's Law Compliance Litigation**
                  **Joint Motion to Seal – Motion to Remand Filings**

Dear Judge Bartle,

      We write with the consent of Defendants to request an additional five days -- to November 12, 2024 -- to file a joint motion to seal documents pursuant to L. Civ. R. 5.3 related to briefing on the pending consolidated Motion to Remand. The parties have met and conferred on sealing issues and believe an additional five days may allow us to refine the remaining open matters further.

      Thank you for the Court's continued assistance with these matters.

                                          Respectfully,

                                          **PEM LAW LLP**

                                          *s/ Rajiv D. Parikh*
                                          RAJIV D. PARIKH

RDP:dmc